John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 800019

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-20587 | 004-1 | GRACE A WALL<br>Original Check written to:<br>ARK LA TEX WATER TREATMENT<br>1243 MARKET STREET<br>LONGVIEW, TX  75604 | xxxx9853 | 2,949.27 | 62.22 | 0.00 | 62.22 |
| 04-20587 | 005-0 | GRACE A WALL<br>Original Check written to:<br>MORRIS CAD<br>C/O LINEBARGER ET AL<br>2323 BRYAN ST #1600<br>DALLAS, TX  75201-2691 | xxx9385 | 0.00 | 391.62 | 0.00 | 391.62 |
| 04-61856 | 007-0 | IRVIN EDISON FISER JR<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx6894 | 544.63 | 14.09 | 0.00 | 14.09 |
| 04-62119 | 019-0 | CARY LYNN SPENCE<br>Original Check written to:<br>TIM SWEETMAN<br>C/P CHRIS HARRIS<br>PO BOX 878<br>HUTTO, TX  78634 | xxxxxxxxxxxxxIDED | 49,358.68 | 641.32 | 0.00 | 641.32 |
| 04-62375 | 008-0 | FRANK EUGENE WATSON<br>Original Check written to:<br>TEXAS CHILD SUPPORT DISBURSEMENT UNIT<br>P O BOX 659791<br>SAN ANTONIO, TX  78265-9791 | xxxxxxxxxxxxxxxxxxx BAR | 0.00 | 806.28 | 0.00 | 806.28 |
| 04-62375 | 011-0 | FRANK EUGENE WATSON<br>Original Check written to:<br>VAN ZANDT CAD<br>% MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xxxxxxxxxxxxIDED | 0.00 | 90.39 | 0.00 | 90.39 |
| 08-61012 | 003-0 | STEVEN LOUIS SCOTT<br>Original Check written to:<br>AMERICA'S SERVICING COMPANY<br>ONE HOME CAMPUS<br>BK PMT PROC / MAC X2302-04C<br>DES MOINES, IA  50328- | xxxxxxxxx0824 | 16,560.97 | 832.46 | 362.36 | 1,194.82 |